# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Francisco Javier<br>Zapata-Peralta (2),<br>                    Defendant. | CASE NO. 21CR3295-TWR<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1324 (a)(1)(A)(ii)and(v)(II)- Transportation of Certain Aliens and Aiding and Abetting   (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/11/2022

*Todd Robinson* (signature)

Todd W. Robinson
U.S. District Judge